SEARCH WARRANT RETURN (REV. 03/13)

# RETURN

☒ FILED   ☐ LODGED

**Sep 15 2022**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Case No.: 22-04789MB

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 08/23/2022 | 08/29/2022 1242 PM | N/A |

| INVENTORY MADE IN THE PRESENCE OF | N/A |
|---|---|

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

DIGITAL DATA

## NOT EXECUTED

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 09/15/2022

CHAD L LAKOSKY
*Digitally signed by CHAD L LAKOSKY*
*Date: 2022.09.15 12:51:51 -07'00'*

Executing Officer's Signature

CHAD LAKOSKY, SPECIAL AGENT
Printed Name and Title